UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES KIMPLE,

    Petitioner,      Case No. 2:16-CV-273

v.      HON. GORDON J. QUIST

CATHERINE BAUMAN,

    Respondent.

_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Timothy P. Greeley's February 13, 2019, Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus be denied and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on February 13, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the February 13, 2019, Report and Recommendation (ECF No. 7) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: March 27, 2019      /s/ Gordon J. Quist
     GORDON J. QUIST
     UNITED STATES DISTRICT JUDGE